M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR -6 A 9:09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Antonio B. Wymes 40008 )
Full name and prison name of )
Plaintiff(s) )
 )
v. )    CIVIL ACTION NO. 1:07-CV-289-WHA
 )    (To be supplied by Clerk of U.S. District
State of Alabama )    Court)
Houston County )
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Houston County, AL. Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Dothan, AL. which is in Houston County.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. State of Alabama | |
| 2. Houston County, AL. | P.O. Box 6406 Dothan, AL. 36301 |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  November 02, 2004.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Never arrested November 02, 2004 and they have no police offense incident Report for November 02, 2004. Their defense is, they can't find the police Report and they have misplaced this evidence. Not true I was never arrested therefore no police Report. No case.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was never arrested ~~until~~ until December 30, 2006. which the records shows. The allegation from the State is that: I was arrested November 02, 2004, I was processed in November 02, 2004 and Bonded out November 02, 2004. Then I Fled Custody, I have Legal Documents showing this.

GROUND TWO: I Never Fled Custody November 02, 2004 which the State of Alabama are saying. A Highly ERRORNEOUS ALLegation. Bond was based on this

SUPPORTING FACTS: The Records shows: I was never arrested, never processed in and never bonded out of Houston County Jail. In fact, my bond has been 250,000 dollars ever since November 02, 2004. No one can bond out of Houston County, AL. Jail unless your bond is 100,000 dollars or less. Bond was based on, I Fled custody.

GROUND THREE: Charge never happen, November 02, 2004.

SUPPORTING FACTS: The fact is, I was supposedly had done the charge, got arrested and bond out November 02, 2004. And yet in still they (The State of Alabama) can not bring forth evidence to support their allegations. They have reviewed the facts and still refusing to release me and give me a bond reduction hearing.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the charge dismissed, I want them to make me an offer for a settlement. I want to be released immediately.

_____ 40008
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04-04-07
                   (Date)

Alice Beverly Reynolds
Notary Public

My Commission
Expires 03-02-2010

x _____ 40008
Signature of plaintiff(s)

Antonio Wynes 40008 J8
901 East Main St.
Dothan, AL. 36301

Legal Mail

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Ala. 36101-0711