AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**For The Middle** District of **Alabama**

**Antonio B. Wymes**
Plaintiff

v.

**State of Alabama et al**
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: ~~CC-2006-1642~~ **1:07-CV-289-WHA**

RECEIVED 2007 APR -6 A 9:09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, **Antonio B. Wymes 40008** declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration **Houston County, AL. Jail**

    Are you employed at the institution? **No**    Do you receive any payment from the institution? **No**

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **I am self-employed. I am a barber. I rent a booth in Detroit, MI. If I don't pay my booth rent I don't have a job.**

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | |
    |---|---|---|
    | a. Business, profession or other self-employment | ☑ Yes | ☐ No |
    | b. Rent payments, interest or dividends | ☑ Yes | ☐ No |
    | c. Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e. Gifts or inheritances | ☐ Yes | ☑ No |
    | f. Any other sources | ☐ Yes | ☑ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

$495.00 Rent for Apartment $750.00 Rent for booth rental

I don't recieve anything at this time. I make my money by cutting hair. And I have been incarcerated ever since December 30, 2006 on these false allegations. So, really I don't have a job anymore, being that, I haven't paid my booth rent of $125.00 a week

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. My daughter, I pay child support every month $200.00 dollars. And give her mother $100.00 for my daughter also. I give my daughter $10.00 a week for her allowance. I have a step-son I give $10.00 dollars a week also. I have a wife that I help with half the bills. This is really a stressfull situation.

I declare under penalty of perjury that the above information is true and correct.

4-4-07                    Arthur B. Wynne    40008
Date                      Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

My Commission
Expires 02-02-2010

Alice Beverly Reynolds
Notary Public

```
                         HOUSTON COUNTY JAIL
================================================================================
                         Resident Account Summary
                       Monday, March 12, 2007  @13:07
================================================================================
For CIN: 40008    WYMES, ANTONIO
--------------------------------------------------------------------------------
   Date      Transaction  Description              Amount    Balance    Owed     Held    Reference
--------------------------------------------------------------------------------
03/12/2007   ERF          OID:100043687-ComisaryRefund  25.60    65.83    0.00    0.00
03/12/2007   DEPMO        08-633681904                  40.00    40.23    0.00    0.00
03/06/2007   EPR          OID:100043687-ComisaryPur    -38.32     0.23    0.00    0.00
03/05/2007   DEPMO        56583066001                   10.00    38.55    0.00    0.00
02/28/2007   EPR          OID:100043412-ComisaryPur    -46.55    28.55    0.00    0.00
02/27/2007   DEPMO        1079489896                    75.00    75.10    0.00    0.00
02/21/2007   EPR          OID:100043133-ComisaryPur    -20.20     0.10    0.00    0.00
02/19/2007   <PHONE>      1667703228                   -10.00    20.30    0.00    0.00
02/19/2007   PHONE        1667703228                    10.00    30.30   10.00    0.00
02/14/2007   EPR          OID:100043013-ComisaryPur    -21.23    30.30    0.00    0.00
02/06/2007   EPR          OID:100042788-ComisaryPur    -19.07    51.53    0.00    0.00
02/04/2007   DEPMO        55900022673                   50.00    70.60    0.00    0.00
01/30/2007   EPR          OID:100042419-ComisaryPur    -15.75    20.60    0.00    0.00
01/29/2007   ERF          OID:100042206-ComisaryRef      3.50    36.35    0.00    0.00
01/24/2007   EPR          OID:100042206-ComisaryPur    -47.15    32.85    0.00    0.00
01/23/2007   DEPCASH      10794331440                   80.00    80.00    0.00    0.00
12/31/2006   DEPCASH      INITIAL DEPOSIT                0.00     0.00    0.00    0.00
```

*[Handwritten note:]* Please do not write again. Keep up w/ your expenses

*[Handwritten note:]* I have only been incarcerated for only about 3 months. Here is my Account Summary at Houston County, AL. jail. Where I'm presently incarcerated.

*[Signature:]* Alice Beverly Reynolds
Notary Public

*[Signature:]* Antonio B. Wymes
Respectfully Submitted

Page 1

My Commission
Expires 02-02-2010

To: Sean Jones

From: Antonio B. Wymes

Dated: 3-9-07

RECEIVED
2007 APR -6  A 9:10
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Notarized Statement To Sean Jones

I, Antonio B. Wymes, am giving Sean Jones a 1992 Buick Lesabre, 4 door. That body is green in color or somewhat. As his (Sean Jones) own personnel car. Reason being: I am incarcerated on false allegation and I can not afford the up keep of the vehicle. He (Sean Jones) must surrender the tag of Registration over to Nicole J. Floyd. Before he (Sean Jones) becomes the owner of the 1992 Buick Lesabre, 4 door. No Exemptions.

My Commission Expires 8-7-2007
3/10/07

_____
Notary Public

_____
Respectfully Submitted